KENNETH BERNARD BURNEY,

Plaintiff,

v.                                                                Case No. 25-cv-0924-bbc

DR. TOMMY ONJUKKA et al.,

Defendants.

## DECISION AND ORDER

Plaintiff Kenneth Bernard Burney is a prisoner at the Green Bay Correctional Institution who is representing himself in this 42 U.S.C. §1983 action. On January 12, 2026, the Court entered a scheduling order setting the following deadlines: 1) completion of discovery by July 27, 2026; 2) the filing of motions for failure to exhaust administrative remedies by March 29, 2026; and 3) the filing of dispositive motions on the merits by August 26, 2026. At the time the scheduling order was entered, two Defendants—Lesly Ruiz Mosqueda and Alina Morgan—had yet to be served with the complaint. They were served with the complaint during the first week of February, and they filed their answer to the complaint on February 26, 2026. On March 5, 2026, their lawyer filed a letter asking the Court to enter a new scheduling order. The Court will construe the letter as a motion to extend the case deadlines, which the Court will grant.

**IT IS THEREFORE ORDERED** that Defendants Mosqueda and Morgan's letter motion to extend the case deadlines (Dkt. No. 49) is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline to complete discovery is **EXTENDED** to **September 10, 2026**; the deadline for Defendants to move for summary judgment on exhaustion

grounds is **EXTENDED** to **May 13, 2026**; and the deadline for the parties to move for summary

judgment on the merits is **EXTENDED** to **October 13, 2026**.

Dated at Green Bay, Wisconsin this 13th day of March, 2026.

s/ *Byron B. Conway*

Byron B. Conway
United States District Judge